

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00142-CV

**ARTEMIO CEBALLOS SALINAS, ET AL.,**

                                                                                    **Appellants**

**v.**

**ACE TRANSPORTATION, INC. AND
JOSE ELIZARIO A. DE SOUZA,**

                                                                                    **Appellees**

---

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 03-22236

---

## MEMORANDUM OPINION

---

Appellants have filed a motion to dismiss this appeal. Appellees have not filed a

response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

                                                                FELIPE REYNA
                                                                Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed November 5, 2008
[CV06]